# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 26, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142289 & (16)

SHERYL GALE JONES-COLLIER,
Personal Representative of the Estate of
MADELLE L. JONES, Deceased,
            Plaintiff-Appellee,

v

                                                SC: 142289
                                                COA: 300884
                                                Wayne CC: 04-427696-CH

LOUIS CUNNINGHAM,
            Defendant-Appellant,

and

CUNNINGHAM ADVISORY SERVICES,
INC., THE LOUIS CUNNINGHAM TRUST,
LEC PROPERTIES a/k/a LEC PROPERTIES,
LTD., LEC PROPERTIES LIMITED
PARTNERSHIP, and LEC PROPERTIES
PARTNERSHIP,
            Defendants-Appellees.
_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the November 4, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

ZAHRA, J., did not participate because he was on the Court of Appeals panel.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 26, 2011 _____

d0125                                          _____
                                                        Clerk